1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                       CENTRAL DISTRICT OF CALIFORNIA

9                             WESTERN DIVISION

10

11   MICHAEL MYERS,                    )   NO. CV 08-1318 VBF (FFM)
                                       )
12                   Petitioner,       )
                                       )   JUDGMENT
13          v.                         )
                                       )
14   BEN CURRY, WARDEN,                 )
                                       )
15                   Respondent.       )
     _____ )

16

17          Pursuant to the Order Adopting Findings, Conclusions and Recommendations of

18   United States Magistrate Judge,

19          IT IS ADJUDGED that the Petition is dismissed without prejudice.

20

21   DATED: September 2, 2008

22                                              *Valerie Baker Fairbank*

23                                     _____
                                            VALERIE BAKER FAIRBANK
24                                           United States District Judge

25

26

27

28